IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

L.R., Father of S.L.R., a minor
child,

        Appellant,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0821

Opinion filed June 9, 2016.

An appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

Ryan Thomas Truskoski, Orlando, for Appellant.

Kelley Schaeffer, Guardian ad Litem Program, Sanford, for Appellee.

PER CURIAM.

        AFFIRMED.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.